IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

KIMBERLY K. WHYDE, )
 )
        Plaintiff, )
 )
vs. ) Case No. 17-cv-364-JPG-CJP
 )
NANCY A. BERRYHILL, )
Acting Commissioner of Social Security, )
 )
        Defendant. )

## JUDGMENT IN A CIVIL CASE

**IT IS ORDERED AND ADJUDGED** that, pursuant to an Order entered by United States District Judge J. Phil Gilbert, the Commissioner's final decision denying plaintiff's application for social security disability benefits is **REVERSED** and **REMANDED** to the Commissioner for rehearing and reconsideration of the evidence, pursuant to sentence four of 42 U.S.C. § 405(g).

Judgment is entered in favor of plaintiff, Kimberly K. Whyde, and against defendant, Nancy A. Berryhill, Acting Commissioner of Social Security.

**DATED:  February 23, 2018**

                                              **JUSTINE FLANAGAN,**
                                              **Acting Clerk of Court**

                                              **BY:   s/Tina Gray**
                                                      **Deputy Clerk**

**Approved:**

s/ J. Phil Gilbert
**J. Phil Gilbert**
**U.S. District Judge**